1   HANSON BRIDGETT LLP
    MICHAEL J. VAN ZANDT (Nevada Bar #7199)
2   NATHAN A. METCALF (Nevada Bar 10404)
    425 Market Street, 26th Floor
3   San Francisco, CA 94105
    Telephone:   (415) 777-3200
4   Facsimile:   (415) 995-3566

5   Attorneys for Truckee-Carson Irrigation District

6

7

8                    UNITED STATES DISTRICT COURT

9                    FOR THE DISTRICT OF NEVADA

10

11  UNITED STATES OF AMERICA,          No. CV-N-73-0003-LDG

12              Plaintiff,             Sub-file Case No. 3:73-CV-0028 LDG

13      v.

14  ORR WATER DITCH CO., ET AL.,       **STIPULATION and          ORDER
                                       SETTING and CLARIFYING BRIEFING
15              Defendant.             SCHEDULE**

16

17  In Re; Nevada State Engineer Ruling #
    6035
18
             The Truckee-Carson Irrigation District, Churchill County, and the City of Fallon,
19
    (collectively "Petitioners"), and Nevada State Engineer and Truckee Meadows Water
20
    Authority  (Collectively "Respondents"), through their undersigned attorneys, jointly
21
    request modification of the Court's December 8, 2010 briefing Order (Doc. No. 13).  The
22
    December 8, 2010 briefing Order incorrectly states that Petitioners opening brief is due
23
    not later than Friday, March 7, 2011.  This is in error, as March 7 does not fall on a
24
    Friday.  This has caused confusion as to when Petitioners opening brief is due, and
25
    therefore the parties are stipulating to extending the opening brief due date to Friday,
26
    March 11, 2011, rather than Monday, March 7, 2011.  In order to clarify the December 8,
27
    2010 briefing Order, the parties hereby stipulate to the following briefing schedule:
28
                                          1

                                                                        2903801.1

a.   Petitioners shall file an opening brief not later than Friday, March 11, 2011.

b.   Respondents and any Real Party in Interest shall each file opposition briefs within 30 days after service of Petitioner's brief.

c.   Petitioner may file a reply brief within 14 days after service of opposition briefs.

d.   The briefs of the parties shall comply, to the greatest extent practicable, with Federal Rule of Appellate Procedure 28; provided, however, that the length of the principal briefs shall not exceed 30 pages and the reply briefs shall not exceed 15 pages, exclusive of pages containing the table of contents, tables of citations, and any addendum or exhibits. In addition, the form of the briefs shall comply with Local Rules 10-1, 10-2, and 10-3.

e.   Any motions seeking leave for additional time, leave to file over-length briefs or other similar motion shall be filed no less than seven days prior to the scheduled submission date of the brief for which such leave is sought.

f.   In addition to the filing of original papers with the Clerk of the Court, each party shall deliver a courtesy copy to the Chambers of the Honorable Lloyd D. George.

DATED: March 7, 2011                      HANSON BRIDGETT LLP


By: /S/ Michael J. Van Zandt
MICHAEL J. VAN ZANDT
Attorneys for
TRUCKEE-CARSON IRRIGATION
DISTRICT

DATED: March 7, 2011                      MACKEDON, MCCORMICK & KING


By: /S/ Michael F. Mackedon
MICHAEL F. MACKEDON
Attorneys for
CITY OF FALLON

2

2903801.1

1    DATED:  March 7, 2011                    CHURCHILL COUNTY DISTRICT
                                              ATTORNEY'S OFFICE
2

3
                                             By: /S/ Craig Mingay
4                                                CRAIG MINGAY
                                                 Attorneys for
5                                                CHURCHILL COUNTY

6    DATED:  March 7, 2011                    WOODBURN AND WEDGE

7

8                                            By: /S/ Gordon H. De Paoli
                                                 GORDON H. DE PAOLI
9                                                Attorneys for
                                                 TRUCKEE MEADOWS WATER
10                                               AUTHORITY

11   DATED:  March 7, 2011                    NEVADA ATTORNEY GENERAL

12

13                                           By: /S/   Michael L. Wolz
                                                 MICHAEL L. WOLZ, Sr. Deputy
14                                               Attorney General
                                                 Attorney s for
15                                               NEVADA STATE ENGINEER

16

17
                                **ORDER**
18
     THE STIPULATION AND BRIEFING SCHEDULE IS APPROVED
19
          IT IS SO ORDERED:
20

21   DATED: ___ M A R 2011___

22

23

24                                           THE HON. LLOYD D. GEORGE
                                             SENIOR UNITED STATES DISTRICT JUDGE
25

26

27

28
                                      3

                                                                    2903801.1